**EXHIBIT B**

# CERTIFICATION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND

Operating Engineers Construction Industry and Miscellaneous Pension Fund ("Plaintiff") makes this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and hereby certifies as follows:

1. Plaintiff has reviewed the securities class action complaint filed against WageWorks, Inc. and others in the action styled *Government Employees' Retirement System of the Virgin Islands v. WageWorks, Inc.*, No. 4:18-cv-01523 (N.D. Cal.), and adopts the allegations asserted therein.

2. Plaintiff submits this certification in support of Plaintiff's motion to be appointed lead plaintiff and for approval of its selection of counsel (the "Motion"). Plaintiff has authorized the filing of the Motion.

3. Attached as **Schedule A** to this Certification is a list of Plaintiff's transactions in the securities that are the subject of the Action during the Class Period (as defined therein). Plaintiff has made no transactions during the Class Period in the securities that are the subject of the action except those set forth in Schedule A.

4. Plaintiff did not engage in transactions in the securities that are the subject of the action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

5. Plaintiff is willing and able to serve as a representative party on behalf of the proposed class in the action, including providing testimony at deposition and trial, if necessary.

6. Plaintiff has sought to serve or served as a representative party on behalf of a class only in the following action under the federal securities laws filed during the three-year period preceding the date this Certification was signed:

*Utesch v. Lannett Co., Inc., et al.*, No. 2:16-cv-05932 (E.D. Pa.)

7. Plaintiff will not accept any payment for serving as a representative on behalf of the class beyond Plaintiff's *pro rata* share of any recovery, except as ordered and approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ___ day of April 2018.

_____
M. Scott Anderson, Administrator
Operating Engineers Construction Industry and Miscellaneous Pension Fund

## WageWorks, Inc. -- Schedule A
## Operating Engineers Construction
## Industry and Miscellaneous Pension Fund

**Cusip:** 930427109
**Ticker:** WAGE
**Class Period:** May 5, 2016 through March 1, 2018

**Beginning Holdings: 0 shares**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Quantity | Price | Trade Date | Quantity | Price |
| 10/05/16 | 262 | $60.04 | 03/07/17 | 560 | $77.84 |
| 10/06/16 | 310 | $59.92 | 03/31/17 | 708 | $72.40 |
| 10/06/16 | 126 | $59.66 | | | |
| 10/07/16 | 330 | $59.98 | | | |
| 10/10/16 | 54 | $59.93 | | | |
| 10/11/16 | 1,841 | $59.91 | | | |
| 10/13/16 | 175 | $59.85 | | | |
| 02/21/17 | 607 | $71.91 | | | |
| 02/22/17 | 299 | $72.07 | | | |
| 02/23/17 | 606 | $72.59 | | | |
| 02/24/17 | 603 | $75.63 | | | |
| 02/27/17 | 1,934 | $79.50 | | | |
| 03/16/17 | 16 | $78.75 | | | |
| 03/17/17 | 7 | $78.90 | | | |
| 03/20/17 | 4 | $78.97 | | | |
| 03/21/17 | 1,465 | $79.44 | | | |
| 04/05/17 | 821 | $70.31 | | | |
| 04/06/17 | 75 | $70.27 | | | |
| 04/07/17 | 104 | $71.58 | | | |
| 04/10/17 | 329 | $71.48 | | | |
| 04/11/17 | 134 | $71.57 | | | |

| Post Class Period Sales* | | |
|---|---|---|
| 03/05/18 | 719 | $46.05 |

* Used the higher of actual sale price or average trading price from end of class period to sale date