UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN KLEIN, Derivatively on Behalf of Nominal Defendant WageWorks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH L. JACKSON, THOMAS A. BEVILACQUA, BRUCE G. BODAKEN, MARIANN BYERWALTER, JEROME D. GRAMAGLIA, JOHN W. LARSON, ROBERT L. METZGER, AND EDWARD C. NAFUS, <br><br> Defendants. | Case No. 18-cv-04445-EMC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to *In Re WageWorks, Inc.*, Case No. C18-01523 JSW.

**IT IS SO ORDERED.**

Dated: September 24, 2018

_____
EDWARD M. CHEN
United States District Judge