STEPHEN R. BASSER (121590)
SAMUEL M. WARD (216562)
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
*sbasser@barrack.com*
*sward@barrack.com*

JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
*jbarrack@barrack.com*

*Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE WAGEWORKS, INC., SECURITIES LITIGATION | CASE NO. 4:18-CV-01523-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AND TO STAY ACTION** |

Lead Plaintiffs, the Public Employees' Retirement System of Mississippi, the New Mexico Public Employees Retirement Association, and the Government Employees' Retirement System of the Virgin Islands (collectively "Lead Plaintiffs"), and defendants WageWorks, Inc., Joseph L. Jackson, Colm M. Callan, Mariann Byerwalter, Thomas A. Bevilacqua, Bruce Bodaken, Jerome D. Gramaglia, John W. Larson, and Robert L. Metzger (collectively "Defendants" and, together with Lead Plaintiffs, the "Parties") by their undersigned counsel, hereby stipulate as follows:

WHEREAS, the Parties have executed a Term Sheet setting forth the material terms of a settlement of all claims in this litigation on a class-wide basis. Lead Counsel anticipates that formal processes for the approval of the Term Sheet by the Lead Plaintiffs will be completed by February 26, 2021.

WHEREAS, counsel for the Parties will further memorialize the settlement, including a proposed notice to class members, a form of preliminary approval order, and the final approval order, to be embodied in a Stipulation and Agreement of Settlement ("Settlement Agreement"). Plaintiffs shall move for preliminary approval of the settlement on or before March 29, 2021.

WHEREAS, to prevent unnecessary expenditure of party and judicial resources until the settlement is finalized, the Parties agree that the Action and all deadlines should be stayed and suspended pending the finalization of the Settlement Agreement and motions for preliminary and final approval.

WHEREAS, if, for any reason, the Plaintiffs fail to file the motion for preliminary approval of the settlement on or before March 29, 2021, they shall move for a status conference before the Court on or before March 29, 2021.

WHEREAS, this stipulation is not made for the purpose of delay and is made in good faith by the Parties in the interest of furthering the full, complete and final amicable resolution and settlement of this action.

|   |   |
|---|---|
| 1 | WHEREFORE, the Parties respectfully request that the Court enter the proposed order attached hereto as Exhibit A. |

Respectfully submitted,

Dated February 22, 2021     **BARRACK, RODOS & BACINE**


/S/ STEPHEN R. BASSER_____
STEPHEN R. BASSER

Samuel M. Ward
One America Plaza
600 West Broadway, Suite 900
San Diego, CA  92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

-and-

Jeffrey A. Barrack
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

*Counsel for Lead Plaintiffs the Public Employees' Retirement System of Mississippi, the Public Employees Retirement Association of New Mexico and the Government Employees' Retirement System of the Virgin Islands*

WILSON SONSINI GOODRICH & ROSATI


/S/ CAZ HASHEMI_____
CAZ HASHEMI

Ignacio E. Salceda
650 Page Mill Road
Palo Alto, CA  94304-1050

3

JOINT STIPULATION

Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for Defendant WageWorks, Inc.*

FENWICK & WEST LLP

/S/ MICHAEL S. DICKE

MICHAEL S. DICKE

Catherine D. Kevane
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2435

*Attorneys for Defendant Joseph L. Jackson*

COBLENTZ, PATCH, DUFFY & BASS LLP

/S/ TIMOTHY P. CRUDO
TIMOTHY P. CRUDO

One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Tel: (415) 391-4800

*Attorneys for Defendant Colm M. Callan*

LAW OFFICE OF WILLIAM H. KIMBALL

/S/ WILLIAM H. KIMBALL
WILLIAM H. KIMBALL

803 Hearst Avenue
Berkeley, CA 94710
Tel: (510) 704-1400

*Attorneys for Defendant Colm M. Callan*

| | |
|---|---|
|1| |
|2|O'MELVENY & MYERS LLP|
|3|/S/AMY S. PARK<br>AMY S. PARK|
|4|2765 Sand Hill Road|
|5|Menlo Park, CA 94025<br>Tel: (650) 473-2600|
|6|*Attorneys for Defendants Mariann Byerwalter,*|
|7|*Thomas A. Bevilacqua, Bruce G. Bodaken,*<br>*Jerome D. Gramaglia, John W. Larson, and*|
|8|*Robert L. Metzger*|

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 22, 2020        /s/ STEPHEN R. BASSER
                                STEPHEN R. BASSER