**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE WAGEWORKS, INC., SECURITIES LITIGATION | CASE NO. 4:18-CV-01523-JSW<br><br>**[PROPOSED] ORDER STAYING ACTION** |

Having considered the stipulation of the parties, the Court hereby **ORDERS AS FOLLOWS**:

The Court grants the stipulation of the parties and hereby stays the action pending finalization of the proposed settlement. The Court ORDERS Plaintiffs to file a motion for preliminary approval of the settlement on or before March 29, 2021. The Court otherwise STAYS all deadlines and proceedings pending further action of the Court.

**IT IS SO ORDERED**.

DATED: _____                          _____
                                          JEFFREY S. WHITE
                                          United States District Judge