# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE WAGEWORKS, INC., SECURITIES LITIGATION | CASE NO. 4:18-CV-01523-JSW<br><br>[PROPOSED] ORDER EXTENDING LEAD PLAINTIFFS' DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Having considered the stipulation of the parties, the Court hereby **ORDERS AS FOLLOWS**:

The Court grants the stipulation of the parties and hereby Lead Plaintiffs to file a motion for preliminary approval of the settlement on or before April 1, 2021. The Court otherwise STAYS all deadlines and proceedings pending further action of the Court.

**IT IS SO ORDERED**.

DATED: March 26, 2021

_____
JEFFREY S. WHITE
United States District Judge

EXHIBIT A