UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: August 20, 2021　　　　　　　　　　　　　　Time in Court: 5 minutes

**JUDGE: JEFFREY S. WHITE**　　　　　　　　**Court Reporter**: Pamela Hebel

Courtroom Deputy: Jennifer Ottolini

**CASE NO.:  18-cv-01523 JSW**

**TITLE:** Government Employees' Retirement System of the Virgin Islands, et al., v. Wageworks, Inc., et al.,

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Stephen Basser | Ignacio Salceda |
| Jeffrey Barrack | Amy Park |
|  | Timothy Crudo |
|  | Catherine Kevane |

**PROCEEDINGS**:　　1. Motion for Attorney Fees
　　　　　　　　　　2. Motion for Settlement

**RESULTS:**　　　　Hearing held.
　　　　　　　　　　Matter taken under submission and a written ruling shall issue.